## Courtroom Minute Sheet
### ARRAIGNMENT/PLEA/CHANGE OF PLEA
### WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date __9-4-15__ Case No. __4:15CR208 ERW__
UNITED STATES OF AMERICA vs. __Susan Hampe__
Judge __Webber__ Court Reporter __S. Moran__
Deputy Clerk _____ Interpreter __—__
Assistant United States Attorney(s) __Thomas Albus__
Attorney(s) for Defendant __Steven Dyer__

**Arraignment/Waiver of Indictment/Plea:**
- [X] Defendant sworn. Defendant's age __67__ Education __College__
- [ ] Defendant waives assistance of counsel [ ] Waiver filed
- [ ] Defendant signs waiver of indictment and consents to proceed by information
- [ ] Criminal [ ] superseding [ ] information [ ] indictment filed
- [ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
- [ ] Defendant enters a plea of [ ] GUILTY [ ] NOT GUILTY
    to counts _____ of the [ ] superseding [ ] indictment [ ] information
- [ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
- [ ] The Court finds the defendant competent to enter a plea of guilty.
- [X] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) __1__ of the [ ] superseding [ ] information [X] indictment
- [X] Guilty Plea Agreement filed [ ] Guilty Plea Agreement filed under seal
- [ ] Ordered that count(s) _____ be held in abeyance until sentencing
- [ ] Ordered that pending motions as to defendant _____ are denied as moot
- [X] Sentencing set __12-3-15__ at __10:00AM__
- [X] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE __11-12-15__
- [ ] Defendant is remanded to custody [X] Defendant is released on existing bond

Probation Officer __R. Wilke__

Proceedings commenced __9:07 AM__ concluded at __9:45 AM__